**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAL BERNARD BLACK,<br><br>        Petitioner,<br><br>    v.<br><br>MISS SWAIN, Warden,<br><br>        Respondent. | Case No. EDCV 18-0937-FMO (JPR)<br><br>**J U D G M E N T** |

    Pursuant to the Order Denying Petition and Dismissing Action,

    IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 11, 2018                        _/s/___
                                           FERNANDO M. OLGUIN
                                           U.S. DISTRICT JUDGE